**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROMSPEN INVESTMENT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-05919 |
| ) | |
| BRYAN L. RISHFORTH ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT**

Plaintiff Romspen Investment Corporation ("**Plaintiff**" or "**Lender**"), through its undersigned attorneys, and for its complaint against Defendant Bryan L. Rishforth ("**Defendant**"), states as follows:

**Introduction**

1. Plaintiff brings this lawsuit to enforce the guaranty executed by the Defendant. The loan guaranteed by Defendant has matured and neither the borrower nor Defendant have paid the outstanding amounts to Plaintiff. Indeed, Defendant has repeatedly refused to even communicate with Plaintiff regarding this matter, leaving Plaintiff no option other than to pursue relief via this lawsuit.

**Parties**

2. Plaintiff is a Canadian corporation with its principal place of business at 162 Cumberland Street, Suite 300, Toronto, Ontario, M5R 3N5.

3. Defendant Bryan L. Rishforth is an individual, who upon information and belief, resides at 1100 Ashbridge Road, Bryn Mawr, Pennsylvania 19010-2807.

**Jurisdiction and Venue**

4. This Court has jurisdiction over this dispute pursuant to 28 U.S.C. §1332(a)(1), as Plaintiff and Defendant are of diverse citizenship, and the amount in controversy exceeds $75,000.

5. Venue is proper in the Northern District of Illinois under 28 U.S.C. §1391 because a substantial part of the events and transactions giving rise to the claims asserted herein occurred in this District and the Guaranty (defined below) designates this District as a proper venue.

**General Allegations**

6. Defendant executed and delivered to Lender a Guaranty dated October 1, 2021 (the "**Guaranty**").

7. A true and correct copy of the Guaranty is attached hereto as Exhibit 1.

8. Per the Guaranty, Defendant absolutely and unconditionally guaranteed to Plaintiff the full and prompt payment and performance when due of the obligations owed by South London Holdings, LLC ("**Borrower**") to Plaintiff.

9. Plaintiff made a loan to Borrower on or about October 1, 2021, which is part of the obligations guaranteed by Defendant in the Guaranty.

10. Defendant failed to repay the loan when due and the loan remains outstanding.

11. The loan was made and the Guaranty was executed for commercial purposes.

12. Defendant's signature on the Guaranty is authentic and authorized.

13. As of the date of the filing of this Complaint, Borrower has failed to pay the entire amount of the indebtedness arising under and/or related to the Note.

14. Defendant is thus liable under the Guaranty.

15. As of May 3, 2024, the amount owed by Borrower (and thus by Defendant too) is not less than $2,736,140.79.

16. Plaintiff is entitled to attorneys' fees and costs pursuant to the Guaranty.

17. Plaintiff has fulfilled all conditions precedent, if any, contained in the Guaranty.

### Count I – Suit on Guaranty
### (Plaintiff v. Guarantor)

18. Plaintiff restates, re-alleges, and incorporates herein by reference all allegations contained in paragraphs 1 through 17 of its Complaint as if the same were set forth fully herein.

19. As a guarantor under the Guaranty, Defendant Bryan L. Rishforth is liable thereon to Plaintiff.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in its favor and against Bryan L. Rishforth in an amount in excess of $75,000, award Plaintiff its fees and costs (including attorneys' fees), and enter any other relief to which Plaintiff is entitled.

DATE: July 12, 2024            Respectfully submitted,

By: _/s/ Zeke N. Katz_____

Zeke N. Katz
Alexa Thein
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Phone: (312) 602-5000
zeke.katz@bclplaw.com
alexa.thein@bclplaw.com

Attorneys for Romspen Investment Corporation